IN THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT
OF TEXAS

| | |
|---|---|
| DAVID R. HAAGENSEN | Federal #: 35887-177 |
| petitioner | Original Sentence: 168 months |
| V. | Sentencing Judge: MCBRYDE |
| UNITED STATES OF AMERICA | Case #: 4:16-CR-132-A(14) |

REQUEST FOR A MODIFICATION
OF SENTENCE PURSUANT TO APPLICABLE
LAW CHANGES OUTLINED BY THE "ALL DRUGS MINUS 2"
UNDER THE AUTHORITY OF § 3582

Here Comes the petitioner David R. Haagensen, requesting that the court grant a modification to his term of imprisonment based on the changes in federal drug laws pursuant to the "All DRUGS MINUS 2". The petitioner was originally placed on level 31, Category III. Changes would reflect a change in sentencing guideline range from (135-168) down to (108-135) as outlined by level 29, Category III. The "All DRUGS MINUS 2" will affect the Conspiracy to possess with intent to distribute a controlled substance portion of petitioners sentence.

## AUTHORITY

Petitioner is moving under 18 U.S.C § 3582(c) for a reduction based on a guideline range that has been subsequently lowered and made retroactive by the United States Sentencing Commission on pursuant to U.S.C § 994(u). The court must take into count the policy statement set forth in USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C § 3553(a).

I hearby certify that this motion is true and correct to the best of my knowledge under penalty of perjury * DRH

Placed in this institutions postal box on this first day of November, 2017.

Respectfully Submitted,
David R. Haagensen

2017 NOV 13 PM 2: 15

SOUTH JERSEY NJ 080

07 NOV 2017 PM 6 L

◇ 35887-177 ◇
Eldon B Mahon Us Courthouse
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

David Haagenson #35887-177
Federal Correctional Institution Fairton
PO Box 420
Fairton, NJ 08320